IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VINCENT D. BLACKBURN                                                              PLAINTIFF

v.                              CIVIL NO. 3:16-cv-3018-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Vincent Blackburn, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1) On August 8, 2016, Plaintiff filed a Motion to Dismiss. (ECF No. 11) Plaintiff now concedes that substantial evidence supports the Commissioner's determination he was not disabled during the relevant time period. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 9th day of August, 2016.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE