IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VINCENT D. BLACKBURN                                                                    PLAINTIFF

v.                            CIVIL NO. 3:16-cv-3018-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                         DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order, Plaintiff's motion to dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 9th day of August, 2016.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE